UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Lorena Diaz ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08mj2397 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the ~~following~~ named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Francisco Javier Godinez-Alvarado

DATED: 8-14-08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
               DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by  G. Cazares
             Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062